MILLS MILL ET AL. *v.* HAWKINS ET AL., CONSTITUTING THE UNA WATER DISTRICT COMMISSION.

No. 670.   Decided March 3, 1958.

*L. W. Perrin, Jr., Edward P. Perrin* and *J. Davis Kerr* for appellants.

*Harvey W. Johnson* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

KLIG *v.* ROGERS, ATTORNEY GENERAL.

No. 143.   Decided March 3, 1958.

*Jack Wasserman* and *David Carliner* for petitioner.

*Solicitor General Rankin* for respondent.

PER CURIAM.

Upon suggestion of mootness by all of the parties, the judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the cause as moot.